Henry Gerber, an Infant, by Abram Gerber, His Guardian ad Litem, Appellant, v. Herman Stark, Respondent.— Judgment and order affirmed,

with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.